UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 JUN 17 PM 5:20
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Timothy D. Stephens )
PLAINTIFF )
[Type or print your name on the line above] )
)
-v- )
Corizon Medical Services )
Steve Brown )
DEFENDANT )
[Type or print only the name of the first )
person you are suing. List everyone else )
you are suing on page 2.] )

2:13-cv-0221 WTL-MJD

Cause No. _____
[Leave this blank, the clerk will supply
the cause number when your case is
received.]

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I.   PARTIES

A.   PLAINTIFF [You are the plaintiff in this lawsuit. Neatly print or type your information below.]

1.   Timothy Dale Stephens     105568
     Name: First   Middle   Last          Offender Number

2.   Where are you being held: Putnamville Correctional Facility
     [name the prison or jail where you are incarcerated]

3.   What is the address: 1946 WEST U.S. Hwy 40
     Greencastle, IN 46135

4.   Did the things that you are suing about happen in the place listed above:

     [X] YES, it happened here in the same facility I am being held at today.

     [ ] NO, it happened at _____

5.   Did the things that you are now suing about happen:

     [ ] before you were confined, or

     [ ] when you were confined awaiting trial, or

[ ] after conviction while confined serving a sentence.

B. DEFENDANT(S) How many defendants are you suing: _____

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
|   | Steven Brown | Corizon Medical Service | 105 West Park Drive Suite 200 Brentwood, TN 37027 |

## II.   GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

    [ ] YES      [X] NO

C. If yes, did you file a grievance about the things you are suing about?

    [ ] YES [attach the response from the final step of the grievance process.]

    [ ] NO [Explain why you did not file a grievance.] __N/A__

2

### III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. From 6/19 to 6/26 Due to a HEAD In Jury (Being Jump on -which I am Filing a Lawsuit at the Same time against Indiana Dept of Correction for Failure to Protect me — So No Nimdy Case yet) I had GRAN-Mal seizure every day (I have Facial Epilsy but Do NOT usually have this type of seizure — I just spaces it) I was never seen by a Docter or Had Any X-Rays, MRI, Cat Scan done. Today I now have vision problems Hearing Promblems, Shaky seizures along with my regular. Do to Medical Negilence and Malpractice

### III.   PRECIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?

[ ] NO          [ ] YES – [Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]

I Have a Related Case against Ind. Dept of Correction

Court: Filed at Same time.

Judge: _NA_          Docket Number: _NA_

Date filed: _NA_          Date closed: _ND_

### IV.   RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: a lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody. For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.**

I want $700,000.00 in Damages. All Medical Bills related to these untreat Gran-Mal cell paid by Corizon Medical Service

5

## V. VERIFICATION AND SIGNATURE

**TS** — I have included two properly completed summons forms (available form the clerk) for each defendant I am suing, including full name, job title and work address.

**TS** — I have included one properly completed process receipt and return form (USM-285) (available form U.S. Marshal) for each defendant I am suing.

**TS** — In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

**TS** — I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed in *forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months proceeding the filing of this case.

**Is** — I agree to promptly notify the clerk of any change of address.

**TS** — I have read all of the statements in this complaint. [Do not forget to keep a copy for your records.]

**TS** — I declare **under the penalty of perjury** that the foregoing is true and correct.

Signed this 4th day of June, 20 13

_____
Your Signature

Mail all of these papers to:    Clerk of the Court
105 Federal Building
46 East Ohio Street
Indianapolis, IN 46204

6